# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25897-AHS

BRIDLINGTON BUD LTD,

      Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 17, 2025.

Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | nanjingyouyiyouxi | https://www.walmart.com/global/seller/102921792 |
| 2 | Helenb | https://www.walmart.com/global/seller/101654833 |
| 3 | John's household items | https://www.walmart.com/global/seller/102772272 |
| 4 | ZIXIST | https://www.walmart.com/global/seller/102898562 |
| 5 | xijushang INC | https://www.walmart.com/global/seller/102910577 |
| 6 | VPVIHO TRADING | https://www.walmart.com/global/seller/102826484 |
| 7 | UPQAH COMPANY | https://www.walmart.com/global/seller/102823451 |
| 8 | tasrioml | https://www.walmart.com/global/seller/101662967 |
| 9 | JINGHENG STORE | https://www.walmart.com/global/seller/102822103 |
| 10 | HUDIE TRADING | https://www.walmart.com/global/seller/102819484 |
| 11 | HAIWU COMPANY | https://www.walmart.com/global/seller/102810686 |
| 12 | GearShift Auto | https://www.walmart.com/global/seller/102838594 |
| 13 | fuhonghong INC | https://www.walmart.com/global/seller/102921062 |
| 14 | Easy and simple life | https://www.walmart.com/global/seller/102753613 |
| 15 | Limei Co. Ltd | https://www.walmart.com/global/seller/101129570 |
| 16 | Yuanhan Trading | https://www.walmart.com/global/seller/102849389 |
| 17 | huangguangming | https://www.walmart.com/global/seller/102755765 |
| 18 | HearthHugshop | https://www.walmart.com/global/seller/101572167 |
| 19 | yoieasn | https://www.walmart.com/global/seller/101662954 |
| 20 | CheerVest | https://www.walmart.com/global/seller/101695663 |